NUMBER 13-04-684-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

CHEMJECT INTERNATIONAL, INC.,                             Appellant,

 

                                           v.

 

SOUTHWESTERN
BELL TELEPHONE COMPANY, ET AL., Appellees.

___________________________________________________________________

 

                 On appeal from the 357th
 District Court

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez
and Justices Hinojosa and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, Chemject
International, Inc. (AChemject@), has filed two
separate notices of appeal from the same underlying trial court cause.  Appellant and appellee, Southwestern Bell
Telephone Company, have filed a joint motion to dismiss Chemject=s initial appeal,
filed December 29, 2004, for want of jurisdiction and to assign a new case
number to Chemject=s second and
subsequent appeal, filed on June 20, 2005. 
The parties admit that the first appeal is from a non-final and
otherwise non-appealable order.  The
parties request dismissal of the interlocutory appeal and assignment of a new
cause number to the subsequent appeal in order to clarify the court files and
avoid confusion.  

We grant the parties= motion.  See Tex.
R. App. P. 42.1.   Chemject=s initial appeal is
hereby dismissed for want of jurisdiction. 
Chemject=s second notice of
appeal, filed June 20, 2005, is assigned a new appellate cause number,
13-06-032-CV.  Any further filings
regarding this appeal should be made in the new cause.  The Court will entertain any properly filed
motion requesting the transfer of records from this dismissed appeal to the
appeal under the newly assigned cause number. 


It is so ordered.      

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 26th day of
January, 2006.